**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: _III Crisp_ _Obie_ _Lee_
      (Last)            (First)           (Middle)

Prisoner Number: _AL-6821_

Institutional Address: _D-1-8301-106, CHCF, PO BOX 32080_
_Stockton, Ca. 95213_

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

_III. Crisp Obie Lee "pro se"_
(Enter your full name.)

        vs.

1) _Ca Health Care Facility et al._
2) _Ca Correctional Health Care Services_
3) _Clark Kelso Recievership_
(Enter the full name(s) of the defendant(s) in this action.)
_Continue_
_"Jury Demand"_

Case No. _____
(Leave blank; to be provided by Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

CV 14 1762 (PR)

## I. Exhaustion of Administrative Remedies.

<u>Note:</u> *You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A.   Place of present confinement _Ca Health Care (prison) Facility CHCF_

B.   Is there a grievance procedure in this institution?   **YES** ☒    **NO** ☐

C.   If so, did you present the facts in your complaint for review through the grievance
procedure?   **YES** ☒    **NO** ☒

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each

level of review. If you did not pursue any available level of appeal, explain why.

     1. Informal appeal: _1) Appeal CHCF-13-00147 skipped to the_
_2nd level. The rest of my appeals were hurried, due_
_to CHCF Appeal system being both Compromised &_
_Futile._

COMPLAINT *Page 1 of 4*

2. First formal level: *1) CHCF-13-00147 Granted in part, the rest of my appeals were compromised. Thats why I Filled a Habeus corpus regarding Exhausted Remedy being Futile.*

3. Second formal level: *1) CHCF-13-00147 Granted in part, the rest of my Staff complaints were late or lost, leaving CHCF Appeals remedy process Futile.*

4. Third formal level: *CHCF-13-00147 was Denied, The rest of my Staff complaint é 602 are 3 to 4 times past the "Dom é Tittle. 15 Time Mandate"*

E.   Is the last level to which you appealed the highest level of appeal available to you?

        **YES ☒      NO☐**

F.   If you did not present your claim for review through the grievance procedure, explain why.

*Ca Health Care Facility Hiring Authority é Appeals Dept has been Futile é Compromised. Focusing on efforts to hide é bury appeals with mysterious denied Appeals é staff misconducts*

## II.   Parties.

A.   Write your name and present address. Do the same for additional plaintiffs, if any.

*III Crispobie L. "prose" CDC Id No AL6821 CHCF/D-1-8301-106 / po Box 32080 Stockton Ca. 95213*

B.   For each defendant, provide full name, official position and place of employment.

*1) Clark Kelso "Federal Reciever,(2) CHCF CEO Jackie clark (3) CHCF Warden R.J. Rackley, (4) Laundry/ware house Manager Derric Greenwood 5) CHCF D-yard CNA K. Johnson (6) CHCF D-yard CNA Frye (7) Ca Health Care Facility et al, (8) 3rd level Appeals Chief Jane or John Doe (9) CHCF D-yard RN Isalas (10) CHCF D-yard Dr. Nassir (11) CHCF D-yard SRN II Hardy, (12) Ca Correctional Health Care services (13) State of California / Current Govenor Jane or John Doe.*

COMPLAINT *Page 2 of 4*

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

please refer to the following Attached Statments of Claims. Due to being indigent & lack of Supplies, I was forced to write using the Same forms for my Goverment Claims. So Each Statment of Claims will say Gov Claims Statment aswell. number of attached statment pgs(    )Against all(13) Defendants.(1)Warden Rockley,(2)CEO jackie clark,(3) 3rd level of appeals janor john doeph,(4)Ca Correctional Health Care Service (5)CNA K.johnson,(6)CNA C.Frye,(7) RN Isallas,(8)SRN II Hardy,(9) Dr Nassir,(10)The State of Ca Gov/Brown,(11)Ca Health Care Faulity,(12)Derrick Greenwood, &(13)Clark Kelso The Recievership. So please refer to those "Linked pages

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Due to the 1983 & State tort Claims, Im requ--esting jury Demand, That All defendants be served by u.s marshal, punitive & Compensatory Awards for 1,000,000.00 (1) million Dollars U.S & Court intervention into possible p.T.S war Veteran syndrome on Correctional officer's & How The relate to "Inmate/patients", & An

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.   A

"Injunction."

Signed this _1st_ day of _April_, 20_14_.

_(Plaintiff's signature)_  AC6821

**Please continue to the next page.**

COMPLAINT *Page 3 of 4*

## MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

**OR**

☒ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this _1_ day of _April_ , 20_14_

_(Plaintiff's signature)_

COMPLAINT *Page 4 of 4*

Pg.1

In the below mentioned Defendants I Allege claims.
1) Ca Health Care Facility et al., (2) Ca Correctional Health-
-Care services, (3) Clark Kelso The Federal reciever, (4)-
-The State of California/Current Govenor, Jane or John Doe
I wrote the Following Agencies For leadership Help
1) The Inspector General, (2) Govenor Browns legal Division,
3) Internal Affairs, (4) The Deputy Attorney General, (5) CHCF
legal Division, (6) "Trina Hrsig" legal Dept CDCR, (7) The
Office of Ombudsman, (8) 3rd levels Of Appeals Chief-
Both zamoras First names Jane or John Doe 2, &
(9) Ca Correctional Health Care Service, Sara Stuart,
along with (10) CCHCS Contral Correspondance Unit.
They All failed to Correct & or Address & or Reprimand
The Neglegent & or Inadequate & or Abusive Care & or
Treatment I endured at Ca Health Care facility.


Against the Above "4" Defendants, I bring these
Following Claims, violations, & Allegations


1) Tittle II OF ADA: Hygiene/Sanitation, & Medical
resulting in pain, Shame, harm, mental anguish & Suff-
-ering with Injuries: Skin infections From Fungas &
Bacteria, & Skin Folds tears (3). Resulting From Negleg-
-ent & or Inadequate & or Abusive care, Inadequate
Showering method & Time, Having ongoing Dr pre-
-scribed ongoing Care (Delayed, Denied & or Interrup-
-ted) & Denied ADL ADA Disability-Related needs-
"Bottom cleaning": (left soiled in Feces For 2 hours).
There was Months of wearing Dirty, stained,
Smelly & Unhygienic Clothes, Causing me Continues
Shame, Atypical & significant Hardship, & Mental Anguish


2) Inadequate & or Abusive & or Neglegent Care: Inadequate
Shower Time & methods, Denied ADA ADL Disability-Related-
-need "Bottom clean (left soiled in my own Feces For 2 hours)
Months of Continues laundry, Atypical & significant Hardships (-
-Months of Dirty, stained, Unhygienic, & smelly clothes.)
all resulted in pain, harm, Shame, mental Anguish & suffering

Continue Against "4" Stated State Entities        pg 2

(3) Bad Living Conditions: Inadequate shower time & methods (Force to shower with Trash Cans & pink Medical water pitcher with an outlandish 20 min max Time Mandate. A time mandate that was unsanctioned by Any Doctors. Reasonable Accomodating" ISO Rooms were denied. All this resulted in pain, shame, harm, mental- anguish & suffering with injuries: Skin infections of Fungas & Bacteria, & Skin Folds tears (3).

(4) patient Neglect & Abuse: Mentally, physically, & emotionally. Resulting in months laundry Failures & Hardships, Inadequate shower time & methods, & Denial OF ADA ADL Disability-Related need" Bottom- Cleaning. Resulting in pain, shame, harm, mental- anguish & suffering with injuries (3).

(5) Discrimination against an ADA patient: Resulting in shame & mental Anguish. Failure to provide adeq- uate clothing, Failure to provide Adequate shower time & methods, & Denial OF ADA ADL Disability- Related needs "Bottom cleaning of Feces".

6) Causing An Atypical & significant Hardships. Inadequate shower time & Methods (Trash cans & water pitcher w/ A 20 min mandate), Denial OF ADA ADL Disability-Related need Bottom cleaning (morbid Obesity over 500lbs)& Months of wearing Dirty, stained, unHygienic, & smelly Clothes.

7) Deliberate Indifference to serious medical Condition: ADA, mobility, E.O.p (mental Health patient)& Morbid Obesity (over 500 lbs). Inadequate shower time & Methods (Trash cans & water pitcher w/ 30 min time mandate) Denial of ADA ADL Disability-Related need (left soiled in Feces "2HRS") & Continues laundry Failure, Atypical & significant Hardships (months OF wearing dirty, stained, unHygienic & smelly Clothes. "All" resulting in pain, shame, harm, mental Anguish & suffering with injuries: skin infections & skin Folds tears (3).

P91

"Statement of claims against Defendant SRN II Hardy"

Official Staff Citizens Complaint again.
CHCF D-yard SRN II Hardy

RE: "Altering a Doctors order (out side the scope
of her authority)[*] Negligent & or Inadequate
Care resulting in injuries, Abuse of Author-
ity, Subjecting patient Crispin AL6821
To unnecessary Risk & or Harm, which
resulted in injuries, Creating Bad livin-
g-conditions, Denying Excessive risk to
My Health, & Deliberate indifference to
Crispin AL6821 Serious Medical Condit-
ons CCMS, & Morbid obesity, All Stated
Claims resulted in & or Contributed to
3 Skin fold's tears, Skin Breakdown, &
Skin infections of Rashes, Fungases,
& Bacteria.

On 10/10/13 following the day after
My Staff Complaint was given to D-1-B
side Former Doctor Nassir & Complaints
Made with 1824 ADA Forms, & CDCR22
SRN II Hardy Changed & or Altered my
Shower order (by Dr Hmin Htay)
With out Official Sanction & or Autho-
rity.    She enlisted a C.O Sanchez
as muscle, To intimidate & Assist in
this Manipulation of my Doctor order
for tub room, which did not have
a specific time frame.

Both CHCF Employees, put an outland-
ish decree in affect. A Over 500 Lbs.
(morbid obese) Mobility impaired, ADA
Disable patient, was subjected to
being Forced to Bathe with a
"Water pitcher" in a 20 minute
Max Time Mandate.

Back please

p2

"Defendant"
continue SRN II Hardy.

Upon recieving news, I expressed
specific risk to My Health, As well as
the potential violations of My ADA,
patient, & Civil rights.

Once My concerns were expressed
& meet with "OH Well this is prison" &
"This is not Home", I requested the
name of who iniciated my (Dr orders)
Change of Bathing with a water pit-
cher, I was denied the information
thus preventing me from fro filing
My staff complaint. It took the
intervention of a "LT Britan" to
demand The name of the instigator
who iniciated change & enlisted a C.O
As Muscle, To Tamper with a Medical
related Issue.

As a result of Bathing with a water-
pitcher in under 20 min (That sadly
& Blatantly violated My Daily Shower chr-
ono, due to Health risks & concers All well
Documented) I was forced to Endure
Skin Folds Tears & Infections of fungas
& or Bacteria. The smelly, foul meat
order, Red, Raw, & painful irritated
Skin wounds, Had to be treated
with first Bacitration & Then
Niacin powder.

Yet some How, Hiring Authority
denied initial Complaint, which seems
to Sanction & or Condone Blatant
Acts of Abuse of (Authority & patient)
& Staff Misconduct, by a Representive
of CHCF "who promotes Good Mental Health" &
"Well Being As its motto/creed"

P93

"Defendant SRN II Hardy"

Continuation of Statement of claims against
Ca Health Care Facility-Dyard SRN II Hardy.
This act of subjecting me to bathe with a
water pitcher, in order "20 Minutes resulted
in injuries: skin folds tears & skin infections
of rashes, fugas, & Bacteria, which also
contributed to directly & or indirectly to
the following violations, resulting from
SRN II Hardy Alleged Acts.

1) Bad living Conditions, resulting in skin
tear's & skin infection's that were painful
& Required Bacitration & Niacin powder
to heal.

2) Alleged Act, possed an unreasonable risk
to Health & safety, resulting in actual
pain, injuries, & Mental Anguish.

3) Denied the Excessive risk to My Health,
After being made aware of the danger
of such a harsh "20 minutes w/w water"
"pitcher" Demand. Which resulted in pain
harm, Mental Anguish, & suffering with
injuries: skin tears & skin infections of
rashes, fungas, & Bacteria.

4) Caused an Atypical & Significant Hard-
-ship to me. The Act of forcing an ADA
Morbid obese patient (over 500 lbs) to
bathe with only the use of a water
pitcher & In under 20min Time limit,
was a Hardship alone, not counting
the painful, red, raw, & irritated skin
folds tears & infections.

5) Was Negligent & or Inadequate & or
Abusive Care, resulting in pain, Harm
mental Anguish & Injuries.

pg4

Continuation of statment against
CHCF SRNII Hardy "Defendant."

6) Forcing a Disabled, ADA, Morbid obese
patient, to Bathe with a water pitche
in under 20 mins, was Cruel & unusual
punishment. Resulting in pain, harm,
mental Anguish & suffering with injurie:
Skin tears & skin infections.

7) Deliberate indifference, to serious medical
Conditions: CCCHS, mobility impaired, &
morbid obesity (over 500 lbs) resulting in
pain, harm, mental Anguish, & suffering
with injuries: Skin Tear's & Skin infection's.

8) Violation of Tittle II ADA: Medical &
Hygiene. My showering "Daily" is a Dr-
prescribed Care & or Treatment, due to me
be. Highly suseptible to Skin Tears & skin
infections (Well documented in my Records)
                Resulting in pain, Harm, & injuries.
9) 14th Amen, Violation of discrimination agan.
ADA, "Daily showers" isnt just a medical
Necessity, Its a disability related need
due to my ADA disability Morbid obesity.

The Alleged Act & Violations against SRNII
Hardy, are also against the following State
Entities, due to her Acts, Violating The
Tittle II of ADA: Hygiene/Hygiene.
"All" stated Violations against SRNII Hard, are
again st: (1) Ca Health Care Facility "CHCF"
(2) Ca Department of Corrections "CDCR"
(3) Ca Health Care Correctional Services or
Ca Correctional Health Care Services "CCHS".

Statment of claims against Defendant CNA K. johnson pg1
12/15/13 between 7-10 Am CNA K.johnson & CNA Frye
responded to my call light, I'd requested help for my
ADA Disability Related Need "Cleaning of feces" from
my bottom (Im a morbid obese ADA Disability patient
that is morbid over 500 lbs). She made me repeat my
request for Help at least 3 times, that made a mockery
of my ADA & ADL Disabilities. After the back and
fourth Banter between she (CNA K. johnson) & I, she
made the announcement "I was not being cleaned
with that attitude". Both CNA's K. johnson & Frye
closed me door & left fully aware that I was
soiled in my own feces (How I remained for near-
-(y 2 Hours). I called for help again through the
intercom and was denied again, by another
medical staff (who citied "I was not going to"
be helped with my attitude".
RN Isalas Finally cleaned me after her second
Visit & After I proved my Disability ADL Need
was true. RN Isalas said "The CNA's believe that"
"you asking for help, was an act of punishment"
towards them". I said that hate & resentment
is why I try to hold my bowels for at least 2 or
3 days.
No one that day, knew that they followed a lier, CNA
K. johnson had full knowledge of my ADA ADL Disabil-
-ity related need "Bottom cleaning", because she had
wiped me before upon my arrival to CHCF, when
I was Living in D-1-A, Her act of allowing a
know lie to take root along with her denying me
Help, has resulted in these Violation against her

1) Tittle II of ADA: medical / Hygiene & sanitation
resulted in Shame & mental anguish of being soiled
in my own feces for 2 Hours
2) Deliberate indifference to serious medical conditions;
E.O.P mental Health patient, ADA, ADL mobicity & Morbid
obesity weighing over 500 lbs, resulting in (com-

152

Continuation against Defendant CNA K. johnson resulted in me being left soiled in my own Feces for 2 hours, causing shame & mental anguish

(3) Patient Neglect & or Abuse: resulting in my ADA ADL Disability-Related need being Denied & me being left soiled in my own Feces for nearly 2hrs. Causing Shame & mental anguish

4) Atypical & Significant hard: resulting in pain, Shame & mental anguish of being Denied Help from Health care Staff Repeatedly. Then left soiled for nearly 2hours in my own Feces.

5) Discrimination against an ADA patient; My ADA ADL Disability-Related needs, is directly Related to my morbid obesity (over 500lbs) & my mobility Impairment. Before the Denial of Help, their was mockery of my ADA ADL need by CHCF CNA K. johnson, The following Act resulted in me being denied help and left soiled in my own Feces for nearly 2 Hours.

I wrote the following Ca Health Care Facility leaders for intervention over CNA K. Johnson Act: 1) CEO Jackie Clark, (2) C.p.s church, (3) c.p.s Corrine Butts, 4) Martin. N. HCAC, (5) L.T. Barraza, (6) clark-Kelso Federal reciever, & (7) Sara Short of CCHCS Adm. Due to the Constant Failure of CHCF leaders they are liable for CNA K. johnson Neglegent & or Abusive care. Worse yet is the refusal to Even Review video to sustanciate my allegations. CHCF leaders repeatedly did all they could to burry any & All Staff misconduct. They even refused video footage 12/15/14 7-10 Am, so my claim is also Against the following state Entities of Both CNA K johnson & Ca Health Care Failures.

1) Ca Correctional Health Care Services "CCHCS"
2) Clark Kelso Federal reciever
3) Ca Health Care Facility et al.
4) CHCF CEO Jackie Clark

pg 2

(Statment of Claims against Defendant Dr Sahir Naseer)

My arrival 9/14/13 Dr min Htay had reviewed my unit Health records & Found my Dr prescribed "Daily Shower chrono". For my predisposed Skin Ailments & Conditions. Two days later I spoke with CHCF D-yard Dr Naseer, S. who wanted to treat my dry skin by having me shower every 3 days. I told The doctor about my "Documented Health RISK" & past Skin Folds tears & skin infections. I also told him I already had a prescription for Eucerin, for my dry Skin. Dr Naseer First lie "we don't give that" "here at CHCF". He said "He never Heard Of a shower chrono" "so He was going to End it". I said why would Interrupt my already Established ongoing Care, by Dr min Htay, Dr Naseer "In my opion, its not needed". Still he left & Changed my shower, For 2 days I didnt shower & my skin started "breaking down". Which required Dacitration, for the Red, Raw & skin irritation that was painful. Around 9/19/14 I saw Dr Hmin Htay, who initially ask "How is the shower-ing going". I said it aint, that arabic Doctor Killed my Daily showers. Dr Htay "what, dont worry about it, I'll take care of it". That day he re-instated my daily shower. Then 2 days later around 9/21/13 9–11:00 Am I spoke with Dr Naseer & RN William Mitchell, Dr Naseer "How are you doing" Not too good, you Killing my daily showers, Started my skin to start breaking down" Dr Naseer "Well I still dont agree, Im going to Stop it again DC". your jokin, Im on Dacitration because of you & yet you want to Stop it again. you doing that will deny, Dr Naseer "I Know, The excessive risk to your Health". Then he walked away, I turned to RN William Mitchelle & said I'm glad you was here to see that Dr Naseer changed his mind on reinterrupting my ongoing Care "Daily shower", I attribute that to what ever RN W. Mitchell ran after him & said.

My Staff complaint, was burried by Ca Health Care

continue (Statment against Defendant CMO. Dr Nasser)   pg 2

Facility, Who refused to conduct an investigation in the

event. Even though Unit Health records showed an alteration in

my ongoing care by Dr Nasser. The following Allegations resulted.

1) Denial & or Interruption of ongoing care & or treatment. Resulting in

pain, harm, & red raw skin folds break down requiring Bacitration.

2) Denied & or Ignored the Excessive risk to my Health, Even after telling

him in length my past injuries & predisposed disposition. He reviewed

my unit Health records & seen that my "ongoing care", was already

established by Dr Min Htay, yet still Dr Nasser changed & or inter-

-upted my established ongoing care. Resulting in pain, harm, mental

anguish & suffering with injuries Red, Raw, painful Skin irritation.

3) Neglegent & or Inadequate & or Abusive Care, resulting in pain, harm

Skin infections of Fungas & Bacteria, That was red, raw & irritated

requiring (1) week of Bacitration to fully Heal

4) Caused me an Atypical & significant Hardship resulting in (1)

week of Red, Raw, & painful Skin irritation requiring (1) week of

Bacitration to Heal.

5) Deliberate indifference to serious medical & ADA conditions:

morbid Obesity & predisposed Skin conditions, My need to shower daily

was well documented & I told him directly of my past skintears

yet still he Stoped by daily Showers, resulting in pain, harm

mental anguish & suffering with injuries: Skin folds infection

that was red, Rain & a painful irritation

6) Tittle II of ADA violation: Hygiene / Sanitation & medical

My Daily Showers, IS medical, prescribed care, & An ADA

necessity due to my morbid obesity (being over 500 lbs)

resulting in Skin breakdown in fat folds, Which was red,

raw, & painful Skin irritation requiring (1) week of

Bacitration to fully Heal.

pg 1

Statment of Claims against Defendant Warden R.J. Rackley
Theres has been numerous failures in leadership, under
his watch.

(1) Laundry failures & Hardships. His custody staff took
my Extra special size clothes & Couldnt fit me after
their mistakes. For months I wore dirty, stained,
smelly & unhygienic clothes, during this period I spoke
repeatedly to "His" following subordinates: (1) Captain.
Lodson, (2) A/W Tony malfie, (3) LT Green, (4) LT
Barraza, (5) SGT Romero, (6) LT Metcalfe, (7)
SGT Romero, (8) Laundry/warehouse Manager
Derrick Greenwood, (9) C.O Munguia, (10) A/W Brochue
yet still laundry has been a continuos failure
in numerous & various forms, prompting
more talks & Request [11] SGT Gonzalez, (12) DMU
C.O Martinez & or Gonzalez (13) SGT Forsworth
which leads to my next hardship by CHCF-
Warden R.J. Rackley "subordinates.
From frustration, to animosity, resentment,
& Hostility which Finally turned into reprisal.

Reprisal / Retaliation I started enduring by
(1) C.O Munguia, who intercepted CDCR 22's, that
were not only addressed to other staff, they
were addressed to possesion of Authority, outside
The scope of C.O Munguia power to grant Remedy.
The incident boiledover when C.O Munguia, had
intercepted a "90 Day Letter of Intent" to Dr Nassir.
The letter of Intent Had legal litigation matter
wrote all over it, yet still the C.o took the letter
from the Dr. Which allowed Dr Nassir to Circumvent
the Court Mandated process. The Warden Rackley
protected his C.O, by Denying my staff Complaint

Statment of Claims against Defendant Warden Rockley  #92

The Cover up of C.O Munguia Misconduct allowed more
reprisal. 2/8/14 (on video) 12 - 1:30 pm I endure
personal property being tooked from me, when I ask
munguia for Helped He refused, He also refused to call
a SGT. I was trying to Get help to prove A/W Brochu
Had personal belonging on him, before he left the
building. I was wrote up for Causing a Disturbance
due to His Refusal to do his job"C.O munguia.
"2nd"
  further retaliation Came from my numerous complaints
against CHCF laundry, which prompted A/W Brochue to come
ranshack my Cell ruining & Taking personal clothing
aswell as taking all my Clean shirts & leaving me "5"
Dirty, Grimey, Stained, UnHygienic & smelly shirts.
(Also on video 2/8/14 12 - 1:30 pm that the warden Rockly
refuses to view) The Eurdence was bagged Shortly by
C.O Ledford, less than (1) hour after C.O munguia &
A/W Brochue left. C.O ledford said, "I can see Each of"
"those shirts are dirty, without even Smelling them".
He was disgusted by what he Saw, He agreed to bag,
tag, Seal, & Sign the "5" dirty, Stained, & smelly Shirts.
Along with Signing a Statment & placing the bag
in a locked property room. PA williamson & CEO joehr
Clark were the only ones who broke Seal & opened
The bag of "5" Dirty shirts. The 5 shirts A/W Brochue
admitted to leaving me, Though According to warden RJ-
Rockley, who had already spoke to A/W Brochue & Had
made his mind up, before even reading or Hearing
any of my Complaint facts "Mr Brochue has spoken to"
"me, & Those Dirty shirts, were your interpretation,"
This was during a tour group with a Senator, about
(1) week after 2/8/14, between 9: - 10: pm we had

Statment against Defendant Warden Rockley     Pg 3

This Biasness & Acceptance of his subordinates Moral High ground is what lead to further retaliation—Reprisal from His subordinates. Even though I have Continue to write Warden R.J. Rockley for his leadership intervention. The First Week of January, 2014, There was an interception of a legal packet to "internal Affairs", by CMcf Administrator, outlining in more detal & with Exhibits. my Various & Numerous Hardships.

The middle of March, 2014 I mailed the warden a legal packet with exhibits, which improved nothing, Further adding to Hate against me from the Wardens friends.

3/18/14 During a 115 Hearing with C.O J. Plough & L.T. Moeckley. L.T. moekly did the following:
After double Jeopardy ( Took multiple punishments out on me for (1) Incident)[1] He said "NOW Get the" "FxxK out my face", (2) "Dude What the FxxK you" "Want to do" slamming his hands on the table & rushing towards Me an ADA, Disabled, morbid—Obese patient in a wheel Chair, (3) "I Said to "Get your Fat AxS out this room", (4) When I asked for his name, due to not being able to read it on his tag "I don't give ah FxxK you being" "E.O.P, figure it out." On Video for time period will show L.T. Moeckley Storming out, Hands Flailing & C.O. J. Plough Staying to talk to me at My Cell door, He was trying to "BALANCE" The Shame, disrespect & Humiliation Heaped at Me by A superior Officer. yet still more request Following this was wrote to (1) Warden R.J. Rockley, (2) Captain-Ladson, (3) L.T. Metcalfe, & (4) C.O J. plough yet still nothing has been done

P94

Statement Of Claims against Defendant R.J. Rackley

The Wardens Continuos Failure to Correct, address, & or reprimand Abusive Subordinates, even after repeatedly requesting his leadership intervention, makes him responsible. I bring the following area of violations against him & The Soon to be mention State Entities.

(1) Bad Living Conditions, resulting in constant fear, mental stress, anguish & frustration, for being either Assaulted or Set up for a staged incident

(2) Reprisal/retaliation of Staff, resulting in continuos fear, Anxiety, stress, & mental Anguish. I'm a E.O.P. patient in this supposed medical Facility.

(3) Failure to provide adequate clothing, resulting in Months of Hardship Significant & Atypical.

(4) Failure to Correct laundry Continuos Neglect, resulting in months mental Anguish, Atypical & Significant Hardship

(5) Bad Living Condition: months of wearing dirty, Stained Unhygienic & smelly clothes, resulting in Atypical & Significant Hardship.

(6) patient Neglect & Abuse, resulting in his subordinates bringing hate, resentment, Anger, hostility, vindictive behaviors, Actions & Attitude to a medical Facility, from places like Tracy, high Desert, pelican Bay, etc, resulting in Mental Anguish, & Atypical & Significant Hardships

(7) Discrimination against an ADA morbid obese & E.O.P. patient months dirty, Stained, & smelly clothes, & Constant Mental Anguish, fear & Torment against a Mental Health patient E.O.P.

(8) Neglegent, Inadequate & Abusive Mental Health Care & Treatment, His subordinates Anger, resentment, Hostility & Retaliation/reprisal & Threatening Acts, behaviors & Attitude Set me back in my mental Health Therapy, rather it

Statment against Defendant Warden R.J. Rockley #55

(9) Deliberate Indifference to my serious medical conditions: Morbid obesity & Mental Health E.O.P patient resulting in Resentment, Hostility, Vindictiuness retaliation/reprisal of his from his subordinate towards me, for claiming of my numerous needs. Month months of wearing dirty, stained, unhy- -gienic & smelly clothes, Ignoring the already appearant Mental issues of being a morbid obese (over 500 lbs) disable, E.O.P Mental Health patient.

(10) Title II ADA: Sanitation/Hygiene "Months Dirty clothes" Becouse I wrote the following State Entities of warden R.J. Rockley leadership Failures & or poor Examples (1) Gov Browns Legal division, (2) Ca Correctional Health Care Services, (3) Office of internal affairs, (4) The omsbudsman (5) The warden numerous times, (6) The office of Inspector General which all failed to Correct & or Reprimand CHCF warden R.J. Rockley

So All stated above (11) Allegations are also agains the following State Entities, due to the Title II ADA Violation Aswell.

(1) Ca Health Care Facility Stockton

(2) Ca Correctional Health Care Services

3) Clark Kelso The recievership or whoever is the Current recievership

4) The State of California/Gov Brown.

There's an Amended (11) Allegation against "All The Above stated Defendants with CHCF warden R.J. Rockley

1) failure to provide Adequate Laundry cleaning & Exchange" Resulting in my laundry Exchange taking "2 to 3" weeks, Compared to everyone elses laundry exchange taking 2 to 3 Days, resulting in weeks without clothes

Pg 1

Statment of claims against Defendant D. Greenwood

Official Claims Board statment
against CHCF laundry / whare house
manager Derric Greenwood:

Upon my arrival to Ca Health care -
Facility "CHCF", my extra large size
clothes were took & lost by CHCF C.O.
Resulting in me wearing the same
dirty, stained, unHygienic, smelly &
Bio Hazardous clothes.

Numerous calls, Faxes, Emails &
promises were made from the
CHCF whare house & Derric Greenwood.

However, that was just (1) part of
CHCF laundry Failure. Besides the
providing of Adequate clothing, ther
was no set laundry wash Exchange
Available.

Following my licensing & certificate
program complaint: CA 60374910 &
following visit by Martha R Mendoza RN
Established a new laundry protocol
for washing & exchanging laundry.

A Few items of clothing was provided
by wasco state prison, thus most was
the wrong size & Given to SRN II ybarra.
However
The Failure of this laundry Echange
(which was meant to be a 2 to 3 days
Clean & Return) Resulted in Being a
2 to 3 weeks laundry turn around
which resulted in more days & weeks
Of wearing the same dirty, stained,
unHygienic, smelly & Bio Hazardous clothes

Statment of claims against Defendant. Greenwood.  pg 2.

Continue Claims Statment against
CHCF Derric Greenwood, laundry &
wharehouse manager.

Every Single laundry issue, concern
& or failure was promptly brought
to Mr Greenwood Attention through
ADA 1824 & Numerous & various CDCR-
22's "Request for Interviews.

This Continuos failure to provide
Adequate clothing & Establish an
Actual successful laundry Exchange
& was resulted in months of an
Atypical & significant Hardship
of wearing Dirty, Stained, unhy-
gienic, smelly & Bio Hazardous Clothes
(keeping in mind I'm over 500 lbs)

This Continuos laundry Neglect & or
Failure contributed directly & or
indirectly to the following violations.
                                    &(clothing)
1) Tittle II of ADA: Hygiene, resulting
in months of wearing Dirty, Stained,
unhygienic, smelly & Bio Hazardous
Clothes.

2) Caused me Bad living Conditions,
resulting in months of wearing
dirty, Stained, unhygienic, smelly &
Bio Hazardous Clothes.

3) Deliberate indifference to serious
medical conditions. E.O. p & Morbid-
obesity, resulting in month shame,
Mental Anguish & Suffering—
                    (continue (3)

pg 3

"Statment of claims against Defendant D. Greenwood"

Continue Statment of Claims
against CHCF Derric Greenwood

3) Months of wearing same Dirty,
Stained, Unhygienic, Smelly & Bio Hazardous
clothes.

4) Negligent & or Inadequate & or Abusive
Care & or Treatment, resulting in
Months of Shame, Stress, mental
Anguish & suffering, due to wearing
Dirty, stained, Unhygienic, smelly &
Bio Hazardous Clothes

5) 14th Amen violation, of Discrimination
Against ADA person. Resulting in
months of failure to provide me
with adequate clothing (After taking &
lossing my special size clothing)
due to my ADA disability Morbid-
Obesity (over 500 lbs).

6) Failure to provide me with adequate
Clothing, a basic Necessity of Civili-
zed Accomodations for Living. Result-
ing in months of Shame, Stress, strain
mental anguish & suffering, due to
wearing Dirty, stained, Unhygienic,
Smelly & Bio Hazardous Clothes.

7) Cruel & unusual punishment, for
a ADA, Disabled, & Morbid obese (over-
500 lbs) patient, to be forced to Endure
months of Shame, Stress, mental ang-
uish of wearing dirty, stained,
Unhygienic, smelly & Bio Hazardous clothes.

Continue — pg 4

Continue Statment of Claims #94.

Due to this being a Disability-
Related Discrimination, along with
a Title II of ADA: Clothing &
Hygiene.
   The Above mention violations
against CHCF Derric Greenwood,
will also be against the following
State Entities:
1) Ca Health Care Facility "CHCF"
2) Ca Deptartment of Corrections "CDCR"
3) Ca Correctional Health Care Services
"CCHCS"
4) 3rd Level Appeals Chief L.D. Zamora.
& or Whoever is "Current Appeals Chief"

Against Defendant CHieF CEO Jackie Clark                                    Pg 1.

She was the hiring Authority For medical Every medical staff misconduct was denied For various & mysterious reasons. There was ongoing Neglegent, Inadequate & or Abusive care From her Following subordinates (1) Dr. Nassir, (2) SRN II. Hardy, (3) CNA K. Johnson, (4) J. poblador "HCAOT" (5) CNA C. Frye, For various reasons. She made the Determination Factor that actions such as: making me shower (Bird bathe) with pink medical cup with a 20min time mandate (which Resulted in skin infections & skin Tears (3) & Being left soiled with Feces For 2hours by CNA's, who neglected & Refused my ADL Disability-Related needs. yet Hiring Authority CEO Jackie Clark Killed All my staff Complaints Refusing to review video Footage & My legal Exhibits; such as "UHR" records that showed my skin infections of Fungas & skin Tears. I've wrote numerous & various letters & Request to CEO Jackie Clark, I'm even mailed to her through the U.S. mail, a legal packet of Detailed Documents & my legal Exhibits. I've mailed similar letters & packlets to Her Following subordinates; (1) C.p.s CarmenButts, (2) CME D. Winslow, (3) C.p.s Church, (4)-SRN III Dixie Harper, (5) SRN II's (Kirby, (6) Jennings, (7) Robles, (8) Hardy, (9)-Ybarra, (10) Moonga & matthews) yet they all Failed.

                  worse
               ~~~~~~ yet is the Fact Jackie Clark is the Hiring-Authority who presides over ~~~~~ & staff Complaints, yet She Had never read "The DOM", You can't Judge Hiring Authority policies without Knowing "The Rules of what Constitutes a staff Complaint, That is detailed & specificly outlined in the "DOM".

     This Blatant Failure to Know what constitutes a staff misc--onduct appeal; is why she has denied All my staff Complaints. Which has Directly & or Indirectly Facilitated a Cover up of CHk Neglegent, Inadequate, & or Abusive Care & Treatment of her medical subordinate's. Allowing staff to openly Neglect & or Abuse Sick, Disabled, & Dieing patients, has been an ongoing theme that had lead to Armstrong & Plata Case's, which is why Ca-Health Care Facility was Created.

     I wrote the Following State Entities regarding Ms Clarks Continuos Failures to Correct, address, & Reprimand Neglegent, & or

Continued from pg1.
Against Defendant CHCF CEO Jackie Clark

Pg 2.

1) Clark Kelso" Federal Reciever, (2) Sara Malone" The Ombudsman, (3) Internal -
(5) Kyle Lewis, Dep. Attorney General
Affairs, (4) The Inspector General, (5) ~~~~~~~~~~~~ (6) Gov Brown" Legal -
(7) Legal coordinator
Division", (7) ~~~~~~, (8) & Ca Correctional Health Care Services.

Due to Jackie Clark's & the above state Entities, The following Allegations
are also Against:(1) Clark Kelso The Federal reciever, (2) Ca Correctional Health
Care Service etc,., (3) Ca Health Care Facility etc., (4) The State of Ca -
Gov/Brown, & (5) CHCF CEO Jackie Clark.

1) Tittle II ADA: medical, Hygiene / sanitation, resulting In pain, harm, mental
Anguish & suffering w/injuries, & left soiled in own feces for 2Hours

2) Bad Living Conditions: resulting in pain, harm, mental Anguish & suffering w/
Injuries, Inadequate Bathing Time & method, Staff Reprisal/retaliation &
Soiled in own feces for 2Hours

3) Inadequate & or Neglegent & or Abusive Care: resulting in pain, harm, mental
anguish & suffering with Injuries, Denied Adequate showering & Assistant
with ADA, ADL Disability-Related need "Cleaning of feces from bottom".

4) "Atypical & significant Hardship" resulting in Inadequate bathing Time & method,
Interruption of ongoing care & Treatment Daily showers, Refusal of (ADA, ADL
disability-related need "Cleaning of feces") Reprisal of Staff, pain, harm, mental
anguish & suffering w/Injuries & skin Infections of fungas & Bacteria.

5) The Facilitation of Covering up Neglegent & or Inadequate & or Abusive
Subordinate ACTs, behaviors, & Attitudes resulting in Atypical & significant
Hardships, pain, harm, mental Anguish & suffering w/injuries.

6) Discrimination Against ADA: Resulting in me soiled in my own feces for 2Hours,
Inadequate bathing Time & methods "Ignoring Dr prescribed "Daily shower chrono".

7) Deliberate Indifference to serious medical conditions: Morbid obesity & E.O.P, resulting
                                                                        methods
in left soiled for hours, Inadequate bathing Time & methods pain, harm, Mental Ang w/injuries.

8) Failure to have an Establish response in place to deal with Grievances: CEO Jackie-
Clark failure in knowing (1) what a CDCR 22 was & (2) Never haven't read the Dom,
To know what Constituted a Staff Complaint, made the Appeal Process & The
Exhausted Remedies Futile. She Directly & or Indirectly opened me up
to more Inadequat, Neglegent & or Abusive Care, due to NO system
in place to Hold Staff misconduct (medical) Accountible.

Statment of claims against Defendant RN Islas         pg 1

12/15/13  7-10Am  I was denied my ADA ADL Disability-related need "Bottom cleaning of feces". Two CNA'S refused me, along with (1) unknown other who did it through the intercom.

After hitting my call light numerous times, RN Islas finally came around 8:00 Am (on video), she was angry and said to my face "The Nurses believe you ask for help", "as a form of punishment" "It look funny you asking for" "help". I said this biasness & resentment I recieve from this watch CNA'S is why I hold my bowels for days & try to go only at night, Those CNA's, dont make me feel like a fat piece of crap asking for help. RN Islas "Well I got things todo, I'll come help you when I" "get time". She came back nearly (1) Hour later around 9:20 Am she opened door Glareing at me, I said I since your animosity, so I'll soothe it with proof. look around my cell, No take a good look around. Now do you see any toilet paper RN Islas "No". Then I showed her my Emergency chucks (wipes) I brought from "WSP" (They dont carry at CHCF) & I showed her CHCF cheaper version wipes CNA Acosta of 3rd watch, gave me a large stack of# to keep in my cell, RN Islas "oH", only then did the Anger & Hostility leave. She cleaned me in less than (2 minutes) yet spent nearly (10)min trying to talk me out of my Staff Complaint she ~~the~~ seen wrote on my Desk.

According to DOM & Tittle 15 pg 232 sec 3391 Employee conduct RN Islas, was obligated to report CNA Abusive & Neglegent Actions & behavior towards a ADA Disabled patient under Her care & watch.

She went further than that by the facilitation of covering up staff misconduct. There was (2) Informal investigation (stephanie peterson-CHSA) 12/16/13 day after incident, & (L.T Barraza shortly after 12/25/13) Along with the charade of an Appeals investigation (Refused video-footage, that could sustanciate my Allegation). With All "3" investigat--ions  CHCF D-yard RN Islas helped facilitate "The Cover up" Therefore Her subordinates Neglegent & Abusive Denials of ADA-

Continue statement of ~~assertatio~~ Claim's against RN Islas pg 2

She was under Ethical, professional, & moral obligation
to report the Acts & Behaviors of subordinate CNA's, made
worse by covering up directly & or Indirectly during "3" CHCF
investigation.

The below mentioned violations are against [1] RN Islas, (2) Ca
Health Care Facility, etc., (3) Ca Correctional Health Care Services,
(4) Clark Kelso Federal Reciever, (5) CHCF CEO Jackie Clark, &
(6) The State of Ca/Current Governor Jane or John Doe.

1) Tittle II ADA: Hygiene/Sanitation & medical, resulting in my ADA
ADL Disability-Related needs Denied & Remaining soiled in feces (2 HRS)
2) Deliberate indifference to serious medical condition: Mobility,
E·O·P Mental Health patient, & Morbid obesity (over 500 lbs)
resulting in shame & mental Anguish of sitting soiled in my
own Feces for (2 Hours)
3) Neglegent & or Inadequate & or Abusive Care: resulting
in patient Neglect/Abuse, mental anguish & shame at being
left soiled in my own Feces for 2 Hours
4) Staff Reprisal/Retaliation: Resulting in being punished
by Her subordinates, who denied me help leaving me soiled
in my own Feces for 2 Hours
5) Discrimination Against an ADA client: Resulting in my ADA
ADL Disability-Related need Denied & me being left soiled in
my Feces for 2 Hours. which pains me with Mental anguish
& shame being Morbid obese (500 lbs plus) & Mental Health client
6) Failure to address, correct & or Acknowledge: The Actions & or
behavior of subordinate CNA's, leaving me soiled in my own
Feces (for 2 Hrs) causing Shame & Mental Anguish
7) Directly & or Indirectly making the Exhausted Remedy Futile:
Directly & or Indirectly with holding information during an Appeal
office investigation, allowed my Neglect & Abusive care to

Statement of Claims (Defendant D-Yard CNA C. Frye) pg 1

12/15/13 between 7-10 AM, CNA K Johnson & Frye responded to my call for help with my ADA Disability ADL Need "bottom cleaning" of feces. I'm a morbid obese ADA patient, who weighs over 500 lbs.

At my door there was 5 minutes of bickering & mockery of my disability by CNA K. Johnson. she made the announcement thats "That I was" "not being cleaned due to having an attitude" CNA C. Frye stood next to K. Johnson while she closed the door. CNA K. Johnson & C. Frye were aware that I was currently sitting in my own feces for 2 Hours. I even called for help with my call light, & was denied help again by an unknown Nurse.

When RN Isallas came to finally help me she stated "The CNA's believed that you asking "For help, seemed like you soiled yourself with" "Feces and ask for help to punish them."

CNA C. Frye stood by while my ADL Disability Related need "Bottom cleaning" was denied.

Frye was aware of the lie/rummor of me asking for help as a form of punishment. This violated: "Title II of ADA: Medical/Hygiene & Sanitation, (2) Deliberate indifference to my serious med-ical conditions: morbid obesity, mobility, & E.O.P with past mental issues, (3) Patient Neglect/Abuse, (4) caused Atypical & significant Hardship, resulting in shame, (5) Neglegent & or Inadequate & or Abusive care, (6) Discri--mination against an ADA disabled patient.

These claims are against both CNA C. Frye & The stated State entities, due to the Title II ADA violation. Stated State Entities will be named on next page.

(Statment against Defendant CNA C.Frye) continue Pg2.
CDC Rules & policy Tittle 15 pg 232 D·R 3391 is clear
on specific Conditions of Conduct. CNA Frye Stood there
while another Employee violated policy, Rules & Regulation
the Clearity went against professional, moral & or
Ethical Standards.   She made no attempt to speak
the truth of Events, while several investigations
went underhand. CHCF CNA C.Frye Facilitated the
Neglegent, & or Inadequate, & or Abusive Care of CNA
K.Johnson, when She allowed my ADA, ADL,
"Disability-Related Needs" "Bottom" Cleaning to be
denied. The (6) Above Stated allegations of (1) Tittle II
of ADA/medical, (2) Deliberate indifference to my serious
medical Conditions: Morbid Obesity, Mobility, & E·O·P
Mental Health program, (3) patient Neglect/Abuse
(4) Caused an Atypical & Significant Hardship, resulting in
Sitting Soiled in my own feces for 2 hours (5) Neglegent,
Inadequate & or Abusive Care or Treatment, resulting in me
being Soiled in my own feces for 2 Hours. (6) The
Discrimination of an ADA Disabled patient, resulting
in being Soiled in my own feces for 2 Hours.
     The above (6) Stated allegations are against CHCF-
-D·yard CNA C.Frye, (2) Ca Health Care Facility, (3) Ca Health-
-Care Facility CEO jackie Clark (4) Ca Correctional Health Care -
-Services, (5) Clark Kelso, The Federal Reciever (6) The
State of California / Current Govenor
The State Entities & jackie Clark are held liable, for
the fact numerous Letters & legal packets were sent.
yet from 12/15/13 7-10 Am til now 4/1/14, I've
Still not recieved my Actual investigation into
Staff misconduct, nor is anyone willing to
watch the Video feed to Substanciate my Claims.
Staff not being held Accountible is the "Catalyst."

Statments of Claims against CHCF   pg 1.

The Defendants owed me a duty of reasonable care, to ensure my ADA, Medical, Hygiene/Sanitation & Dietary needs were meet. I'm also in the Mental Health program so their was a duty to ensure Good mental Health & Well-being.   There was a pause in sending me, due to clarification of whether or not I was still 700lbs. CHCF was well aware of my Morbid Obesity & the need for special size clothes, aswell as to the special Circumstances to my hygiene requirments. I have a history of skin infections of fungas & Bacteria, & skin folds tears. When there's a failure to have regular daily showers, per Dr prescribed "Daily showers" Chrono.

The Defendants breached that duty in the following areas 1) Medical, (2) Tittle II of ADA Hygiene/Sanitation, (3) Mental-Health & Good well being, (4) Injuries: Skin infections of fungas Bacteria & Rash, Skin folds tears (3), (5) Reprisal/Retaliation from staff, (6) Bad living Conditions, resulting in injuries, (7) Atypical & Significant Hardship's, resulting in injuries, (8) Failure to have a reliable & or established system in place to respond to emergencies & or Grievances, making the Exhausted Remedies process Futile, (9) Failure to provide basic living Necessities: Clothing & Disability, (10) patient Neglect & or Abuse, (11) Failure to provide ADA Disability related ADL Need "Cleaning of Feces," (12) pain, & harm, & or mental Anguish & or Suffering with injuries & (13) Neglegent & or Inadequate & or Abusive Care & or Treatment resulting in pain, harm, Mental Anguish & Suffering with injuries. (14) Deliberate indifference: to pain, mental anguish, Serious medical Conditions morbid Obesity & E.O.P. & Injuries skin folds tears & infections resulting in Continuos, Extended, & progressive pain, harm, mental—

"Emergency"
Injunction: Respectfully I request    pg 1.
I'm enduring threats, Hostility, Staff reprisal-
retaliation, Animosity & Vindictiveness from CHCF
Ca Health Care Facility Medical & Custody.
I write this under duress, requesting an urgent
& Immediate "Cease & Desist" any and All acts,
behaviors & Attitudes Of Hostility, Anger, resentment,
Vindictiveness, pettiness, Reprisal-retaliation &
Threatening Actions, Behaviors & Attitudes directed
towards patient III Crispo Obiel. AL6821.

4/5/14 I spoke with C.O V. Curtis, who stated
the 24 hour survillence video is kept for only
6 months

I'm urgently requesting along with the immediate
order to cease & Desist, an order be issued for the
saving of video footage for specific dates & Times.
These date & Time represent Interaction with CHCF
Staff, That fall within the Above mentioned acts,
behaviors & Attitudes.

1) C.O Mungia. Refusal for Assistance & Denial of
the Entire Event, during a 115 Hearing. Video
2/8/14  12-1:30 pm.

2) Alw Brochue, who retaliated against my compl-
aints against laundry/warehouse continues Torture
& Hardships. Ransacked my cell, ruine (1) New personal
Shirt, took (1) New personal Shirt along with all my
Clean Shirts, leaving me only dirty, Stained, & Grimey
Shirts "5" only. Video 2/8/14  12-1:30 pm.

3) First week of March (contact records) when a
C.O Brown worked & said "They don't like you around
here", "They Say you are a pain in the Axs with"
"all your paperwork", "Its people like you, always -
Crying to the Courts", "you want to be treated like"
"a citizen which your not", & "The Stupid bleeding"
"Heart judges are bank rupting the State", "trying to give"
"Yall a Standard of care Yall don't Deserve"   cont ?.

Continue injunction "Emergency" Ag2-
Cont (3) C.O Brown walked first week of march
D-1-B CHCF 3rd watch. Records will show
the exact date, time. 7-8:30 video footage.

4) 3/18/14 During a 115 Hearing LT Mockly & C.O J-
Plough heard my 115 Hearing. During that time CHCF
LT Mockly said (1) "Now get the Fxxk out this room", (2)
"Dude you got a problem", "what the Fxxk you want"
"todo" Slamming his hands on the table, he hoped up
& rushed towards me yelling, (3) "Get your Fat Axs
out my" face or Room", (4) when I asked for the
spelling of his name "LT mockly" I don't give a Fxxk"
"you E.O.p" (mental Health patient) Figure it out"
video 3/18/14 12-130pm will show a CHCF
C.O J.Plough who stayed behind to talk to me to
Counter Balance his superiors Hostility, Anger
Threat & making mockery of my ADA medical
condition E.O.p & Morbid Obesity (over 500Lbs)

5) 3/27/14 & Before midnight 3/26/14, A CHCF
5 Night (1)st watch D-1-B C.O (unknown) Had
altercation with another inmate Souza D-1-B-
109. After leaving the Cripple patient who cant
sit up & Allowed his self to be yelled out, he saw
me in the window & shortly after started yelling
1) "This aint none of your business", (2) "you got a"
"problem huh," then walking right up to my cell
window "(3) I said do you got a problem",
video footage 3/26-27/4 11:30-1 Am will show:
1) C.O leaving Souza cell & Turn his head to look
at me, yet say nothing due to me not saying
nothing. (2) African CNA (unknown) points at
me & whispers something to him. (3) C.O john-
Doe standing by RN Sink, then starts walking
towards my cell yelling & walking right up
to my Glass & Then walking away. Due to
nothing still being said by me. cont &

Continuation of Injunction against CHCR Etac.   pg 3
^Emergency^

6)        There was an argument over my Food tray
The CNA Osem of D-1-B, Gave me the replacement of bean
that was missing from my tray, C.o Greene, Q. got into
the Event There was verbal sparring. due to past conflict
between the C.O S I. yet there was no open disrespect
of what was alleged by C.O Greene. Due to the open
Hostility & Resentment, I felt threaten by The C.O.
between 8:-9pm I requested Greene sign (legal mail)
Video footage will show)

 /14  8-9:00pm will show
1) me placing my legal Envelope in a chair outside
my cell, (2) When Green came to my Cell, he stay-
ed outside my cell (I told him "I didnt want him
inside my cell," "I felt he might try to set me up".
(3) me Comming partially out my cell, so the
Camera could see my Every moument
4) Him offering "to write & sign on my table"
"Inside my cell" "on the Table". I refused and
told him to sign & seal outside my cell.
5) He looked at a CDCR 22 & got mad, because I
wrote on Top "C.o Greene Refused to sign",

7)        /14 Between 5:630 AM while sitting
at window, a C.o Turner did count, we looked at
each other though nothing was said He came back
and stared at my picture for nearly 3 mins, making
odd Comments like "Hell no, you got to be Kidding" & "Are
you serious". Finally I said "your one of those"
Turner "one of those what". A person who came to this
building already Contaminated with Hostility & res-
entment. Turner "What you say". I said you come
to my door, Invading my space with dramma, what
else is the point to what your doing. Turner "I aint
doing that". Okay, so if I went up to your desk & stared
at your name tag say" you Got to be Kidding" &
The rest of those Comments you said, There woul
be a problem. Turner "I would only say whats the

Continuation against Defendant CHCF et al [894]
Emergency injunction.

Continuation #(7) C.O Turner
"I would say whats the problem". Exactly what
different between "whats the point" & whats
"the problem". Turner "Yea your right", "I was told
"before I came here that there was an Inmate"
"named Crisp II, who was giving custody & medical"
"staff a hard time, while they only wanted to treat"
him". I laughed, They hate me because I wont
stand by while an 85 yr old man like Howell Harris
D-1-B.111 with alzheimer & Dementia stays soiled
in feces for hours. Go look at his arm, numerous marks
from CNA's rough handling him. We talked for nearly
5 more mins. Turner "I apoligize", "I come here"
"with Hostility towards" "you."
Video footage 4/3/14 5/6:30 Am will show the
entire exchange, with C.O Turner constantly
turning & looking at the patients, I said were neglected

I've constantly wrote CatHealth Care facility
Leaderships (1) Warden R.J. Rackley, (2) CEO Jackie clark,
(3) C.P.S Church, (4) C.P.S Carmine Butts (5) CME D. Winslow
6) J. Smith legal unit, (7) LT Metcalfe, (8) LT Barraza (9) -
Captain ladson, (10) kyle lewis Deputy Dir (11) Internal Affairs
12) The inspector General (13) The office of The Omsbudsman,
14) CCHCS Sara Stuart, (15) clark Kelso Federal Reciever.

Respectfully Courts, I write this under severe,
extreme, mental Anguish, stress, & fear. Urgently I'm
requesting the courts to intervene, I fear for my
Health, Safety, life & Being setup in a staged Act.
Issue a Cease & Desist All & Any Hostility, Agression,
Anger, Vindictiveness, resentment, reprisal-retaliation
& Threatening Actions, behaviors, & Attitudes toward me.
I request you order & check specific dates & Times on
stated video, & acquire date of C.O Brown specifically.
under penalty of perjury I sign all is true & correct
III Crisp obie "pro se" [signature]
AC6821                                    4/5/14

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

191

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Crisp III | Obie | AL6871 | ~~~~~ III |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-1-B-106 | | HOURS FROM _____ TO _____ | Failed Reboot |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Warden R.J. Rackley, Thank you for your time.
Last night shortly after "The Office" went off, I observed
an incident by D-1-B 109 between inmate Souza, Asian RN's
then the 5 day night C.O (which I made to NO response to, Souza
has a voice unlike mr Harris D-1-B111) Request of video review
to show (1) C.O walked by D-1-B111 turned & looked at me, yet
kept walking due to nothing being said on my part for him
cont 2.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO: Warden R. J. Rackley          DATE MAILED: 3 27 14
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| H. Christie | 3/27/14 | H. Christie | (CIRCLE ONE) ⟨YES⟩ NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Chief Warden R.J. Rackley | 3/27/14 | (CIRCLE ONE) IN PERSON ⟨BY US MAIL⟩ |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| V CURTIS | 4/5/14 | V Curtis | 4/5/14 |

WE DISCUSSED THIS ISSUE AND THE FORM 22-15 NOT THE
APPROPRIATE FORM FOR THIS TYPE OF COMPLAINT. PLEASE REFILE
USING 602

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Member's Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA                                                        DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

*Pg 3*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| O Crispt I | Obie | AL684 | C____Ly |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Failed Reboot P3 |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

cont- Of staff misconduct that will be ignored by hiring Authority. I'm requesting leadership intervention without CO2 paper- work. This was pointless, other than to impress CNA's. I didn't come here to be an ego boost for a short man's Complex C.O. There's no need speaking to Nursing, The "video takes NO sides" How does this continuos Anger, Hate, & Old resentment from staff, fit into This "socalled Reboot" OF _CHCF_

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO: _CHCF Warden R.J. Rackley_          DATE MAILED: 3/27/14

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE): _Help Warden Rackley_

| RECEIVED BY: PRINT STAFF NAME: H. Christie | DATE: 3/27/14 | SIGNATURE: H. Christie | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: CHCF Warden R.J. Rackley | DATE DELIVERED/MAILED: 3/27/14 | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

Case 2:90-cv-00520-KJM-DB   Document 1   Filed 04/16/14   Page 37 of 56

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)  (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Crespin III    Ohio | AC-6971 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-1-B-103 | | | Health Care Failure's! |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Mr K. Clark of the Recievership Thank You for your time

Request to talk to you Regarding The Numerous & or Various Neglegent's or Inadequate & or Abusive Care, facilitated at this state of the Art Facility. There's appears to be a Rampant Disregard for Staff misconduct & Blatant Cover up to prevent CHCF

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **   DATE MAILED: 1/19a/14

☒ SENT THROUGH MAIL:  ADDRESSED TO: ___ K. Clark

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE): Please Meet Me

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Rall. | 1/20/14 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHCF K. Clark "Recievership" | 1/18/14 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

*legal Exhibits*

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

*Dom 99 EN & Title 15 99 11 Pg 1*

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Clisatil | Obie | AL6421 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-1-13-106 | | HOURS FROM_____ TO_____ | Leager Intervention |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Warden Rackley thank you for your time
In regards to the Memmo 2/19/14 RE: Internal Affairs
This issue is not resolved, due to you haven't conducted an actual
investigation into CHCF laundry/warehouse Continuos Failures
I wrote numerous times informing warehouse of its numerous
failures & was rewarded with Reprisal from A/W Brochue (Continue #2

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☑ SENT THROUGH MAIL:  ADDRESSED TO: CHCF Warden Rackley        DATE MAILED: 3/12/14

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| W Brown | 3-12-14 | W. B~ | (CIRCLE ONE)  YES  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHCF Warden Rackley | 3/12/14 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**SECTION A: INMATE/PAROLEE REQUEST** Dom pg 516 & Title 15 pg 11/65     P92

| NAME (Print): (LAST NAME) Crispin | (FIRST NAME) Obie | CDC NUMBER: A16471 | SIGNATURE: |
|---|---|---|---|
| HOUSING/BED NUMBER: D-1-15-106 | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Leader Intervention |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

ont, Ald brashaw admitted "Warehouse had no response to Mr Crispin
Allegations" yet still he ranshacked my cell, took & twine personal
laundry & left me only "5" Dirty, Grimy, & stained dirty shirts
(Before you "facilitate a cover up" C.O Ledford Immediately
bagged sealed, & signed those "Notorious 5" Dirty shirts As
proof) I suggest you speak with C.O Ledford & "Review Camera"
per Dom, you are obligated per "Good cause" To Investigate subordinate

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED** Misconduct
☑ SENT THROUGH MAIL: ADDRESSED TO: Cheif Warden Hackley     DATE MAILED: 3-12-14
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE): Regardless of friendship

| RECEIVED BY: PRINT STAFF NAME: W. Brown | DATE: 3-12 | SIGNATURE: W. Brown | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: Cheif Warden Hackley | DATE DELIVERED/MAILED: 3/12/14 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

**SECTION B: STAFF RESPONSE**

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

**SECTION C: REQUEST FOR SUPERVISOR REVIEW**
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

**SECTION D: SUPERVISOR'S REVIEW**

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

**SECTION A: INMATE/PAROLEE REQUEST** *Urgent Request!!*          *page 1*

| NAME : (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| *Crisoti* | *Obu* | *A16871* | *[signature]* LT |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | |
|---|---|---|---|
| *D-1-B-106* | | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): *Intervention* |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

*LT Metcalfe thank you for your time*
*I write this in regards to the LT Mcoley? who heard my 115*
*Today Tues 3/1/14 who After writing my disposition for*
*"Conduct that Can Incite violence" Did a far worse &*
*Threatening Act (than Banging on a Door)(1) He yelled "get the "F"*
*out this office" (2) Rushed at me threateningly yelling*
*"you get your fat A out my office"(3)"Dude what you want* *to do.*

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL:  ADDRESSED TO: *CHF D-yard LT Metcalfe* _____ DATE MAILED: *3.18.14*
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE): *Cont pg 1*

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| *Lucas* | *3.18.14* | *[signature]* | (CIRCLE ONE)  YES  **NO** |

| IF FORWARDED TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| *CHF D-yard LT Metcalfe* | *3/18/14* | (CIRCLE ONE)  IN PERSON  **BY US MAIL** |

**SECTION B: STAFF RESPONSE**

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

**SECTION C: REQUEST FOR SUPERVISOR REVIEW**
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

**SECTION D: SUPERVISOR'S REVIEW**

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*PG 2*

## SECTION A: INMATE/PAROLEE REQUEST *"urgent Request "*

| NAME (Print): (LAST NAME) *Crispin* | (FIRST NAME) *Ohie* | CDC NUMBER: *A16871* | SIGNATURE: |
| HOUSING/BED NUMBER: *D-1-B-106* | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): *Intervention* |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

cont= And took my program for "Conduct that could lead to violence. The 2nd CO spoke Calmly to me" Basicly asking me to Staff Stay Calm after being Disrespected, Ridiculed, & Threatened by his superior

I'm urgently requesting to speak with you, like you've said Right is Right & wrong is wrong. That Bias, Biggotness & Hateful attitude brought from High Desert, DVI, or Pelican Bay is Dead & wrong.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO: *Chief D-yard LT Metcalfe*   DATE MAILED: 3 / 18 / 14

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: *3-18-14* | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES (NO) |
| IF FORWARDED – TO WHOM: *Chief D-yard CT Metcalfe* | DATE DELIVERED/MAILED: *3/19/14* | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |

*Event: 3/19/14 (12-1:00pm)*

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

*"2nd letter"*

| NAME (Print): (LAST NAME) CHISOM | (FIRST NAME) Obie | CDC NUMBER: A16821 | SIGNATURE: |
|---|---|---|---|

| HOUSING/BED NUMBER: D-1-B-106 | ASSIGNMENT: | HOURS FROM___ TO___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): 115 Observation |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

C O J plough, thank you for your time, Respectfully I write regarding the display of Hatred, Threat Biasness, potential violence of LT M⁴ During my 115 Hearing, I've already wrote LT metcalfe, Warden R.J. Rackley's you yesterday This is a follow up regarding rather or not you'll side w/ Truth of The Brotherhood Code of The Green Jail"

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☑ SENT THROUGH MAIL: ADDRESSED TO: CHCF C O J plough      DATE MAILED:
☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: H. Christie | DATE: 3/19/14 | SIGNATURE: H Christie | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: CHCF C O J plough | DATE DELIVERED/MAILED: 3/19/14 | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Case 2:14-cv-00915-AC Document 1   Filed 04/16/14   Page 43 of 56

pg 1

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Crico III | Ohio | AL6821 | C——— III |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-1-B-106 | | | leader Intervention |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

To warden R.J Rackley, Thank you for your time
This is a request for leadership intervention Tues 3/18/14
Between 12-1:00 pm During a 115 Hearing C/T "M" (not
sure of name) Infront of C.O 1 "slightly" passed judgment
for Conduct that could led to violence" & Then (1) Told me to
get the "fuk" out his face (2) Ran towards me saying" Dude
what the "fuk" you want to do (3) said Get your "FAT AS" out of
Here

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL : ADDRESSED TO: in Warden Rackley     DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):     cont. pg 2

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| H. Christie | 3/19/14 | H. Christie | (CIRCLE ONE) YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Chief warden R.J Rackley | 3/19/14 | (CIRCLE ONE) IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Pg 2

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Cusatit | Obie | AL6821 | C— |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-1-B-106 | | | Leader Intervention |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

cont During this time of being verbally Abused at length, about my ADA Disability "Morbid Obesity" C.O J. abush made numerous attempts to counter balance the Threatening, Abusive, & Hateful Actions of LT "M". I can only guess LT "M" worked at High Desert, DVI, pelicanBay like prisons, with his resentful, Bia's, & Bigotness Feelings". I write for your intervention, Before Seeking other Avenues. Thank you

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )   **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL:  ADDRESSED TO: CHCF Warden Rackley

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

DATE MAILED: 3-19-14

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| H. Christie | 3/19/14 | H. Christie | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| CHCF Warden R.T. Rackley | 3/19/14 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION A: INMATE/PAROLEE REQUEST   *Continuos launder Hardships*

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| CLISA III | Obie | AL-6821 | ____ III |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-1-B-106 | | | laundry Incompet |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

The Brilliant plan of Taking all my T-Shirt (Including
personal polo Club Shirt & Ruining (1) other) failed
to factor sesame street (eve) math

Mr Brachve & laundry left me only 5 Dirty shir
laundry is Every 7 Days & laundry Return is
atleast 3 to 4 Days, "What Do I wear After
Laundry

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL   ADDRESSED TO: *Derric Greenwood*     DATE MAILED: 2/22/14
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE): *PICK up*

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| H Christie | 2/23/14 | H Christie | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| CHCCF laundry-Warehouse | 2/22/14 | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY
COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

To. joyce Delapena, Litigation Assistant
under Alison Hardy

From. O.crisp III
CDC Id No. AL6821
CHCF/D-1-B301-106 - PO Box 32080
Stockton, Ca. 95213

Re: Memmo 3/17/2014

Thank you First & Foremost For the letter
under "The Plata Stipulation".
        Intend to address the Following
1) Blatant lie, to an official Plata Request.
2) Continuos laundry Failure & Hardship.
3) Staff/Employee statments
4) Failed leadership response to laundry/warehouse
Continuos & Consecutive Failures/Hardships
5) Conclusion: Aggression, Reprisal/Retaliation,
Animosity & Resentment, urgently requesting
another letter to Cease & Decist.

To expose the clever manipulation & Cancer
of Ca Health Care prison "CHCF", Like how
they try to Fix, burry & Hide all Faults
a week before P.L.O scheduled visits,

The illusions "Always Fade, with the last
visitors Car leaving CHCF property

1) "The statment was a lie", someone made,  Pg 2
a false report to an official "plata request.
I only hope the legal Exhibits will be used
to push for Sanctions against CHCF.

2) "Continuos failures" My laundry has been an
ongoing issue. from my Arrival 9/4/13 from
Wasco state prison. CTC officer J. Armenderiz
Gave me (1) Golden laundry bag & Numerous
special size clothes; T shirts, socks, boxers
& An extra jumper. The majority of my
extra clothes was took from me, due to
stupidity & ignorence in thinking "CHCF" could
fit me, when they couldnt I went months
wearing Dirty, stained, unhygienic &
smelly clothes.
My complaint to the licensing & Certification
Board, brought an investigation by Marth, R
Mendoza. She saw my dirty, stained,
unhygienic & smelly orange "Mandated"
jumper. (She's from the Fresno office
of the Dept of public Health licensing & Cert

To appease the licensing Board, CHCF agreed
to wash my laundry seperate & Get it back
to me in 2 to 3 days (As you will read in
The 3rd level Appeals report) which was
wrong. for months my laundry would
take 2 to 3 weeks to return.

cont.

Continuation of # (2) Continuos laundry-
Failure
2 to 3 weeks my laundry would take to return,
yet numerous letters to "Derric Greenwood"
laundry/warehouse manager, was ignored.
Resulting in weeks without clothes é yes
having to "Again" wear dirty, stained, un-
-Hygienic é smelly clothes.
(why not wash them) (A) Im morbid obese
was over 500 Lbs, my shirts are 10X, they
would need along time to dry.
(B) 10X's shirts could not be properly clean
in a sink the size of a salad bowel.
(C) My clothes have to be rinsed thoroughly,
an extra soap left would break me out.
(D) Half the time, I was left with only the
clothes on my back, my sizes was not a
regular item on random laundry passing
through. So when my laundry returns
would take 2 or 3 weeks, I'd be left
with nothing to clean" Even if I was
able to wash properly é Rinse throughly.
Ignoring the drying Factor for a momment.

This I believe to be retaliation, the more I
would complain (writing CDCR 22's to the
manager Derric Greenwood) my return
will still take an outlandish time to
return.

pg 4

3) "Staff/Employee Statments:
This laundry retaliation was an ongoing event
so I ask the following Staff to personal
Handle, recieve, & log my laundry Comming
& Going to Substanciate "The pattern"
(A) D-yard SRN II Kirby, (B) D-yard LT Barraza.
(C) D-1-B RN Larsen (There are statments from
Them Each attesting to my ongoing laundry-
Hardships & Failures.
        Attached to this is new Staff statm-
-ents from the following State Employees
(D) D-yard P.A Williamson, (E) D-yard S&E CO-
ledford, (F) D-yard LT metcalfe, (G) D-yard-
- SGT Fonsworth, &(H) CHCF CEO Jackie Clark.

The Staff Statments do the following:
(A) The Establish a time line of Hardships,
both Atypical & Significant.
(B) They prove the Continuos & Consecutive
aspect of CHCF Continuos & Ongoing laundry
Failure's
(C) It shows most important(y, How the 3rd
level of appeals L.D. Tamora was wrong. I sent
my Appeal requesting Help, Stating how my
Issues were "still ongoing", As you will read
from 2nd level reviewer SGT Romero. He Stated
That alot of promises of Actions were made
yet as of his writting, "All were still"—
-pending: A word Appeals Failed to Grasp
cont &

Continuation #3 Staff Statments                    Pg5
long story short 3rd Level failed to help, As you
will also read "They called me a liar, stating
they were told my laundry return Took only
2 to 3 days.
Appears incompetency resulted in Extended & cont-
-invos Atypical & significant Hardships with laundry.

4) Retaliation, By the Head laundry/warehouse
Staff" A/W G.E. Brochue
2/8/14 12-1 pm   Angry at all my continuos
laundry complaints & Stockton Media new scrutiny
of laundry/warehouse.
My cell was ranshacked by mr Brochue, who
ruined & Took personal clothes, Aswell as all my
clean state T-shirts (Also on video footage)
I was left with only "5" Dirty, stained, unit-
-ygienic & smelly T.shirts. less than 30 min
after mr Brochue left, I called officer
ledford to my cell, And displayed for him
each of The "5" shirts the A/W left me.
ledford "I can see "Each" of those shirts are"
"Dirty without smelling them." I said for
proof of what just occured, would you
bag, seal, & sign these "5' shirts. C.O ledford
said "yes", After signing the sealed bag he
placed the bag in the property room of
D-1-B side. The bag stayed sealed in the
property room, until opened by the following-

Continuation # 4  Retaliation/Reprisal  "Gag"  pg 6
The following Staff opened the sealed by C.O Ledford
D-1-B P.A Williamson & CHCF CEO Jackie Clark.
(Both Statments are attached).
I've wrote the following For Help & to stop this
ongoing Laundry Atypical & Significant Hardship:
1) Staff Complaint Against Derric Greenwood.
2) Staff Complaint Against A/W Brachue.
3) Staff Complaint Against Appeals L. D Zamora
4) 602 Against CHCF Laundry Dept
5) 1824 Against ADA Violation aspect of laundry

1-4 Has not Seen the light of day even
though I attached enough Staff Statments
to iniciate an Appeals investigation.
    This Failure to Correct, Acknowledge & or
Address Staff Neglegence & Misconduct, From
Both Hiring Authorities: Warden R.J. Rackley
CEO Jackie Clark, And the CHCF Appeals
dept has made me a target.

(5) Conclusion Aggressive, reprisal/retaliation,
vindictivness, Hostility, resentment, Threatening
Actions, Behaviors, & Attitude. I'm going
to attach a Copy of The Motion, I sent
to The Eastern District of Courts, request-
ing a Cease & Decist The harassment, hostility
Anger, resentment, reprisal/retaliation
Threatening Acts, behaviors & Attitudes.
cont. 7

Continuation #5 Anger & Retaliation. pg 7
please prison law office Carefully look
at all my exhibits, please Consider the
Facts to see the pattern, then ask
yourself with all the staff statments,
The 602's & Staff Complaint I've made
Why hasn't Any thing been done.

From the Hiring Authorities, & to the
CHCF Appeals Authorities, please see
that I am living in Constant Fear
OF Being Set up in a stagged incident.
I've been verbally & physicall threaten by
Custody & medical Staff The only thing that
This Billion Dollar Shiney Rotten Apple"
Fears is attention.
I'm requesting a letter OF Cease &
Decist Hostile, Agressive, Retaliation—
Reprisal, Vindictve, Resentful, & yes
Threatening Actions, Behaviors & Attitudes
Against "III Crisp Obie L. AL6821"
Noted Aggitators: (1) Warden R.J. Rackley, (2) A/W—
G. E. Brochue, (3) Lt. Meckley, (4) D-yard C.O Mungia,
(5) Derric Greenwood, (6) D-yard C.O Brown
(7) Unknown D-1-B 5 Day reg, 1st watch C.O.
Your urgent letter, may save me from Assualt.
Under penalty of purjury I sign all information
Is True & Correct "Please Send letter"
III Crisp Obie L. AL6821   Run Is Over 3/29/14

%.JS 44  (Rev. 12/07)(CAND Rev 1-16)                           **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| III Crisp Obie L. "Pro se" | Ca Health Care Facility et al,. |

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
N A

Attorneys (If Known)   N A

---

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

[X] 1  U.S. Government
Plaintiff

[ ] 3  Federal Question
(U.S. Government Not a Party)

[ ] 2  U.S. Government
Defendant

[ ] 4  Diversity
(Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

---

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [X] 362 Personal Injury— | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [ ] 625 Drug Related Seizure | 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury — | of Property 21 USC 881 | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | [ ] 830 Patent | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | [ ] 490 Cable/Sat TV |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | | | [ ] 850 Securities/Commodities/ |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge |
| [ ] 190 Other Contract | Product Liability | [ ] 385 Property Damage | Act | [ ] 862 Black Lung (923) | 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | [ ] 740 Railway Labor Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | Sentence | [ ] 790 Other Labor Litigation | | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | Security Act | [ ] 870 Taxes (U.S. Plaintiff | Act |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | or Defendant) | [ ] 900Appeal of Fee |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities – | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party | Determination |
| | Employment | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | 26 USC 7609 | Under Equal Access |
| | [ ] 446 Amer. w/Disabilities – | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – | | to Justice |
| | Other | | Alien Detainee | | [ ] 950 Constitutionality of |
| | [ ] 440 Other Civil Rights | | [ ] 465 Other Immigration | | State Statutes |
| | | | Actions | | |

---

**V. ORIGIN** (Place an "X" in One Box Only)

[X] 1  Original
Proceeding

[ ] 2  Removed from
State Court

[ ] 3  Remanded from
Appellate Court

[ ] 4  Reinstated or
Reopened

Transferred from
[ ] 5  another district
(specify)

[ ] 6  Multidistrict
Litigation

Appeal to District
[ ] 7  Judge from
Magistrate
Judgment

---

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
1983 & State tort Claims of Neglegence; med Neglect

Brief description of cause:
Title II ADA: Sanitation/Hygiene, Inadequate; Neglegent Care; injuries

**VII. REQUESTED IN**
**COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $
1,000,000 00

CHECK YES only if demanded in complaint
JURY DEMAND:   [X] Yes [ ] No

**VIII. RELATED CASE(S)**
**IF ANY**
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".   Habeus Corpus 2:14-cv-00239-AC

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
**(PLACE AND "X" IN ONE BOX ONLY)**       [X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE    [ ] EUREKA

DATE                                    SIGNATURE OF ATTORNEY OF RECORD

## PROOF OF SERVICE BY MAIL
## [CCP §§ 1013(a), 2015.5]

STATE OF CALIFORNIA, COUNTY OF *San Joaquin*

I am a citizen of the County of *San Joaquin*, State of California. I am a citizen of the United States of America. I am over the age of eighteen (18) and not a party to this action. I am a resident of the County of San Joaquin, CDCR# *AL6821*. My address is:

California Health Care Facility
*D-1-B301-106 / po Box 32080*
Stockton, CA 95213

On _____, ~~2013~~, I served via United States Mail a copy of the following document(s): *The Clerk office Copies & original of civil 1983 Claim, # Crisp v. Ca Health Care Facility with Trust forms & Informa forms.*

The above-noted legal document(s) was placed in a sealed envelope, with postage thereon fully prepaid, addressed to the person at the address indicated below pursuant to California Code of Civil Procedure Section 1013. I placed the envelope or package in a mailbox or other like facility addressed to:

*The Clerks office:*
*United States District Court*
*Northern District of California*
*450 Golden Gate Avenue Box 36060*
*San Francisco, Ca 94102*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This document was executed on *4/11/2014*, ~~2013~~ in San Joaquin County, California. *Ca Health Care facility*
*D-1-B301-106*

_III Crisp Obie L "prose"_
Type or Print Name   *AL6821*

Signature   *4/    /2014*

C. Crisp
CDC Idno. AL6821
CMCC D-1-830/-06
PO Box 32080
Stockton Ca. 95213
"

"Legal Mail"

RECEIVED
APR 14 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To The Clerk
Of The.
United States District
Courts Northern District
Of California.
450 Golden Gate Ave
Box 36066
San Francisco, Ca.
94102

4/6/14

## TRUST ACCOUNT WITHDRAWAL ORDER

To: Warden or Superintendent          Approved _____          Date 4/5 20 14

I hereby request that my Trust Account be charged $ _____ for the purpose stated below and authorize
the withdrawal of that sum from my account:

AL6821
NUMBER

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchases).

PURPOSE Legal Material
for
Litigation

NAME (Signature please, DO NOT PRINT)

PRINT PLAINLY BELOW name and address of person
to whom check is to be mailed.

NAME _____

ADDRESS _____

_T_ Crisp Obiec.
PRINT YOUR FULL NAME HERE

CDC-193

To:
The Clerks Office
United States District
Courts, Northern District
450 Golden Gate Avenue
Box 36060
San Francisco, Ca.
94102

"Legal Mail"    "Legal Mail"