IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OBIE LEE CRISP, | ) | No. C 14-1762 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF TRANSFER |
| | ) | |
| v. | ) | |
| | ) | |
| CALIFORNIA HEALTH CARE FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, who is currently housed in California Health Care Facility filed a complaint alleging he has received constitutionally inadequate medical treatment. The acts complained of occurred in Stockton, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\PRO-SE\RMW\CR.14\Crisp762trans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OBIE L. CRISP,

        Plaintiff,

  v.

CALIFORNIA HEALTHCARE FACILITY,

        Defendant.
                                          /

Case Number: CV14-01762 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Obie Lee Crisp AL-6821
CHCF - D-1-B301-106
PO Box 32080
Stockton, CA 95213

Dated: June 2, 2014

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk