1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   OBI LEE CRISP III,                          No.  2:14-cv-1345 AC P

12                   Plaintiff,

13        v.                                      ORDER

14   CALIFORNIA HEALTH CARE
     FACILITY, et al.,
15
                     Defendants.
16

17
          Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  Plaintiff seeks relief
18
     pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302
19
     pursuant to 28 U.S.C. § 636(b)(1).  After the screening required by 28 U.S.C. § 1915A(a), the
20
     court dismissed plaintiff's original complaint with leave to amend.  The court now addresses
21
     plaintiff's requests for interim relief.  See ECF Nos. 10 & 11.
22
          Plaintiff has filed a 3-part "Motions of Consideration," seeking (1) a "protective order"
23
     against certain objectionable conduct by unspecified persons, (2) a transfer to a federal prison or
24
     to the state prison at Vacaville, and (3) a "protective order" regarding unidentified videos of "staff
25
     misconduct."  ECF No. 10.  The federal district court is a court of limited jurisdiction, and cannot
26
     issue orders absent a showing that it has the legal authority to do so, and that the factual predicate
27
     for the exercise of that authority exists.  See, e.g., Kokkonen v. Guardian Life Ins. Co. of
28

                                                  1

1   *America*, 511 U.S. 375, 377 (1994) (as courts of "limited jurisdiction," federal courts "possess

2   only that power authorized by [the] Constitution or statute").

3          Plaintiff's now-dismissed complaint does not provide either basis, nor does the motion

4   itself.  Accordingly, the motion will be denied without prejudice to its renewal, in proper form, if

5   plaintiff files an amended complaint that survives the screening process.  Plaintiff is cautioned

6   that any such renewed motion will not be in proper form if it fails to identify whom the order is

7   intended to constrain, what videos are sought to be protected, and the legal and factual basis for

8   any requested order, including an order for a transfer.  See, United States v. Warren, 610 F.2d

9   680, 684 (9th Cir. 1980) (the district court's "attempt to transfer Warren from state to federal

10  custody violated fundamental principles of comity and separation of powers");  LeMaire v.

11  Maass, 12 F.3d 1444, 1454 (9th Cir. 1993) (prison conditions must be evaluated "with proper

12  regard for the limited competence of federal judges to micromanage prisons") (internal quotation

13  marks omitted).

14         Plaintiff has also filed a motion for "Emergency Help."  ECF No. 11.  Like the previous

15  motion, this motion seeks a transfer to a federal facility or to the state facility at Vacaville, and

16  accordingly will be denied, without prejudice, for the reasons stated above.

17         In accordance with the above, IT IS HEREBY ORDERED that:

18         1.  Plaintiff's "Motions of Consideration" (ECF No. 10) is DENIED without prejudice;

19         2.  Plaintiff's motion for "Emergency Help" (ECF No. 11) is DENIED without prejudice.

20  DATED: October 6, 2014

21  _____

    ALLISON CLAIRE
22  UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                             2