UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE L. CRISP, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1345 DB P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants violated his rights under the Americans with Disabilities Act (ADA) and failed to provide him with adequate medical care in violation of the Eighth Amendment.

By order dated May 30, 2018 the court dismissed the Third Amended Complaint (ECF No. 35) because plaintiff failed to comply with the requirements of Federal Rules of Civil Procedure 8(a)(2) and (d)(1). (ECF No. 36.) Plaintiff was ordered to file an amended complaint and was warned that failure to file an amended complaint could result in dismissal. Those thirty days have passed and plaintiff has not filed an amended complaint, requested additional time in which to file an amended complaint, or otherwise responded to the court's orders.

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so the court will recommend that this action be dismissed for plaintiff's failure to comply with court orders and failure to prosecute. <u>See</u> E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

Dated: July 16, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.CivilRights/cris1345.osc